Form 704-8B
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT
JUL 2 2 2010
BY _____
DEPUTY CLERK

In re:                              )
                                    )
BLAIR, LINDA LEE                    )    Case No. 10-60204 WEA
                                    )
                                    )
         Debtor.                    )    Chapter 7
                                    )

**TRANSMITTAL OF SMALL DIVIDENDS**

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Dated: July 21, 2010                /s/ George A. McLean, Jr.
                                    GEORGE A. MCLEAN, JR., Trustee
                                    302 WASHINGTON AVENUE
                                    ROANOKE, VA 24016
                                    (540) 982-8430

Name of Claimant No. 6:  American Express Centurion Bank
Address:  c/o Beckett and Lee LLP,  POB 3001, Malvern PA 19355-0701

Check No. 108 dated 7/21/10 payable to U.S. Bankruptcy Court Clerk in amount of $0.79 represents disbursement under $5.00 for Claim # 6 for unsecured debt in amount of $58.54.  Copy of claim attached.

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT - WESTERN DISTRICT OF VIRGINIA LYNCHBURG DIVISION | PROOF OF CLAIM Chapter 7 |

Name of Debtor: LINDA LEE BLAIR

Judge WILLIAM E ANDERSON
Case Number: 10-60204-WEA

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**American Express Centurion Bank**

Name and address where notices should be sent:
Becket and Lee LLP
Attorneys/Agent for Creditor
POB 3001
Malvern, PA 19355-0701

Telephone number: 610-644-7800

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:    $    58.54

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

2. BASIS FOR CLAIM:    CREDIT CARD DEBT
(See instruction #2 on reverse side.)

3. Last four digits of account or other number by which creditor identifies debtor:    ***********1008

   3a. Debtor may have scheduled account as: _____
       (See instruction #3a on reverse side)

4. Secured Claim. (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $_____ Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7)

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507(a)(__).

Amount entitled to priority:
$_____

6. Credits: The amount of all payments on this claim has been credited for the prupose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgements, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 4/2/10    /s/ THOMAS A. LEE III
               Becket & Lee LLP, Attorneys/Agent for Creditor

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Pet: 1/27/10

**DUPLICATE COPY**



**Blue from American Express**℠

| | 18,496 Membership Rewards® Points Available |
|---|---|
| | at 12/31/09, when charges due are paid in full and all accounts are in good standing. |

Prepared For: LINDA L BLAIR
Account Number: 1008
Closing Date: 02/05/10
Page 1 of 3

| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 78.54 | -20.00 | 0.00 | =58.54 | 15.00 |

**Payment Due Date 03/02/10**
Please refer to page 2 for important information regarding your account

| Credit Line Summary on 02/05/10 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 500.00 | 441.46 | 0.00 | 0.00 |

Your account has been cancelled and suspended.

To manage your Card account online or to pay your bill, please visit us at **www.americanexpress.com**.
For additional contact information, please see the reverse side of this page.

### Use Membership Rewards® Points for Donations to Haiti

**MEMBERSHIP rewards®**

American Express® Cardmembers enrolled in the Membership Rewards program can redeem points to support charities aiding the relief effort in Haiti. For every 1,000 points, $10 will be donated to your charity of choice. You can choose from a list of organizations that are dedicated to the Haiti earthquake relief effort.

There is no limit to the number of Membership Rewards points you can donate, provided you have the available points balance in your Membership Rewards account. You can donate points in increments of 1,000, 5,000, 10,000, 50,000, and 100,000. Cardmembers can also charge a donation on their American Express Card.

To donate, go to **http://amex.justgive.org/disaster/haiti_quake.jsp**

**Activity** * Indicates posting date                                                                                   Amount $

| 01/17/10* | PAYMENT RECEIVED - THANK YOU | -20.00 |
|---|---|---|

                                                                                                                          Amount $
**Total of New Activity**                                                                                                 0.00

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓
Do not staple or use paper clips
**Payment Coupon**

Account Number: 1008
**Payment Due Date: 03/02/10**

To Pay by Computer, visit: americanexpress.com/pbc

New Balance **$ 58.54**
Minimum Amount Due **$15.00**

LINDA L BLAIR
PO BOX 507
AXTON VA  24054-0507

Enter account number on all documents.
Make check payable to American Express.
See Finance Charge section on reverse side for a description of when additional Finance Charges are not assessed on Purchases.

$ _____
Amount enclosed

Check here if your address or phone number has changed. Note changes on reverse side. ☐

Mail Payment to:
AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

1008

**DUPLICATE COPY**



Prepared For  
LINDA L BLAIR

Account Number: 1008  
Closing Date: 02/05/10  
Page 3 of 3

| **Finance Charges**<br>Billing days this period: 31 | Average Daily Balance $ | Daily Periodic Rate | Actual ANNUAL PERCENTAGE RATE | Nominal ANNUAL PERCENTAGE RATE | Periodic FINANCE CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 0.00 | 0.0746% | 0.00% | 27.24% | 0.00 |
| Cash Advances | 0.00 | 0.0746% | 0.00% | 27.24% | 0.00 |
|  |  |  |  |  | 0.00 |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.